JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO CRUZ,<br>　　　　Petitioner,<br>　vs.<br>JACK FOX, WARDEN,<br>　　　　Respondent. | Case No. CV 15-00796-R (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 9, 2015

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1